IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1–10, | ) ) ) ) ) | C/A No.:  3:06-3663-JFA |
| Plaintiffs, | ) | |
| v. | ) ) | **ORDER APPOINTING** ***GUARDIAN AD LITEM*** |
| South Carolina Department of Social Services (SCDSS); Kameron Seth Cox; Titsa M. Flesch; Healthy Minds, LLC; Debby Thompson; and John and Jane Roes #1–10, | ) ) ) ) ) | **FOR DEFENDANT KAMERON SETH COX** |
| Defendants. | ) ) | |
| _____ | ) ) | |
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; John and Jane Does #1-10, | ) ) ) ) | C/A No.: 3:07-1629-JFA |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| South Carolina Department of Social Services; Directors Elizabeth G. Patterson, Kim S. Aydlette; Managerial Roes # 1-10; Supervisory Roes #1-10; Caseworker Roes #1-10; Foster Parent Roes #1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

It appears to the court from the filings in this matter that defendant Kameron Seth Cox is currently committed by judicial order to the Department of Juvenile Justice in Richland

County, South Carolina. Defendant Cox appears to be a minor, without the legal capacity to represent himself in this lawsuit, and therefore he must have a guardian ad litem appointed to represent him. Rule 17(c), Fed. R. Civ. P., provides that the court shall appoint a guardian ad litem for an infant or incompetent person not otherwise represented in an action.

Pursuant to Rule 17(c), the court appoints Beth Bernstein, Esquire, as Guardian ad Litem for defendant Kameron Seth Cox. Ms. Bernstein is directed to file a notice of appearance by September 28, 2007, and an answer to the Amended Complaint by November 13, 2007.

IT IS SO ORDERED.

September 12, 2007                          s/ Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge

2