IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson, Gregory Johnson, Michelle Johnson, and John and Jane Does # 1-10,<br><br>                Plaintiff,<br><br>v.<br><br>South Carolina Department of Social Services (SCDSS), Kameron Seth Cox; Tista M. Flesch-10, Healthy Minds, LLC, Debby Thompson and John and Jane Roes # 1-10<br><br>                Defendants.<br><br>Jane Doe, by and through her guardians, Gregory and Michelle Johnson, Gregory Johnson, Michelle Johnson, and John and Jane Does # 1-10,<br><br>                Plaintiff,<br><br>v.<br><br>South Carolina Department of Social Services (SCDSS), Kameron Seth Cox; Tista M. Flesch-10, Healthy Minds, LLC, Debby Thompson and John and Jane Roes # 1-10<br><br>                Defendants. | CIVIL ACTION NO.  3:06-3663-JFA<br>                            3:07-1629-JFA<br><br><br>**ANSWER OF DEFENDANT KAMERON SETH COX TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

      COMES NOW, Defendant, Kameron Seth Cox (hereinafter referred to as "Cox"), by and

through his court appointed Guardian ad Litem, Beth E. Bernstein, Attorney, answering the First

Amended Complaint of the Plaintiffs, Jane Doe, by and through her guardians, Gregory and

Michelle Johnson, Gregory Johnson, Michelle Johnson, and John and Jane Does # 1-10, above named, (hereinafter collectively referred to as "Plaintiffs"), alleges and says as follows:

1. Unless otherwise admitted or explained, Defendant Cox denies each and every allegation contained herein and demands strict proof thereof.

2. Defendant Cox does not have sufficient information to admit or deny the allegations of Paragraphs 1 and 2 and therefore denies same and demands strict proof thereof.

3. Upon information and belief, Cox admits the allegations of Paragraphs 3 of the Plaintiffs' Complaint.

4. Defendant Cox does not have sufficient information to admit or deny the allegations of Paragraphs 4, 5, 6, and 7 and therefore denies same and demands strict proof thereof.

5. The allegations of Paragraphs 8, 9, and 10 assert a legal conclusion to which no response is required. To the extent a response is required, Defendant Cox denies the same.

6. Defendant Cox admits so much of the allegations of paragraph 12 of Plaintiffs' Complaint as it alleges that Defendant Cox and his sister were removed by judicial order from their parents by the Department of Social Services. Defendant Cox does not have sufficient information to admit or deny the remaining allegations of Paragraphs 12 and therefore denies same.

7. Defendant Cox admits so much of paragraph 13 in that it alleges that he raped his sister and other children while in foster care. He does not have sufficient information to admit or deny the remaining allegations of Paragraphs 13 and therefore denies same

8. Defendant Cox does not have sufficient information to admit or deny the allegations of Paragraphs 14, 15, 16, 17, 18, 19, 21, 22, 23, 25 and 29 and therefore denies same.

9.  Defendant Cox denies the allegations of Paragraph 32, 35, 38, 39, 40, and 41 and demands strict proof thereof.

10. Defendant Cox does not have sufficient information to admit or deny the allegations of Paragraphs 44, ,45, 46, 47, 55, 56, 57, 60, 61 and 62 and therefore denies same .

11. Defendant Cox denies the allegations of Paragraphs 68 and 69 and demands strict proof thereof.

## FOR A SECOND DEFENSE

12. Defendant Cox repeats and reiterates Paragraphs 1 through 11 of this Answer as fully as if set forth herein again verbatim.

13. Defendant Cox is informed and believes that each cause of action alleged by the Plaintiffs' fails to state a cause of action upon which relief may be granted as to Defendant Cox, and, therefore, the Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

## FOR A THIRD DEFENSE

14. Defendant Cox repeats and reiterates Paragraphs 1 through 13 of this Answer as fully as if set forth herein again verbatim.

15. Defendant Cox would allege that all claims for punitive damages be dismissed as such are not recoverable against him.

## FOR A FOURTH DEFENSE

16. Defendant Cox repeats and reiterates Paragraphs 1 through 15 of this Answer as fully as if set forth herein again verbatim.

17. Defendant Cox would allege that Plaintiffs have failed to properly serve the Complaint upon him pursuant to Rule 4 of the Federal Rules of Civil Procedure, and, therefore, the Complaint should be dismissed.

**FOR A FIFTH DEFENSE**

18.     Defendant Cox repeats and reiterates Paragraphs 1 through 17 of this Answer as fully as if set forth herein again verbatim.

19.     Defendant Cox would allege that Plaintiffs' claims are barred by the applicable statute of limitations.

**FOR A SIXTH DEFENSE**

20.     Defendant Cox repeats and reiterates Paragraphs 1 through 19 of this Answer as fully as if set forth herein again verbatim.

21.     Defendant Cox would allege that this action is barred by the *Rooker-Feldman* doctrine.

Defendant Cox reserves and does not waive any additional or further defenses as may be revealed by additional information that may be acquired in discover or otherwise.

WHEREFORE, having fully answered the Amended Complaint of the Plaintiffs, Defendant Cox prays that the Amended Complaint be dismissed with prejudice, for the costs of this action, and for such other and further relief as the Court deems just and proper.

          Bernstein and Bernstein, LLC

By:     *s// Beth E. Bernstein*
      Beth E. Bernstein
      1019 Assembly Street
      Columbia, South Carolina 29201
      803-799-7900
      beth@bernsteinandbernstein.com
      Federal Bar Number 9741

Dated: November 12, 2007