UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10,<br>    Plaintiffs,<br>vs.<br><br>South Carolina Department of Social Services (SCDSS); Kameron Seth Cox; Titsa M. Flesch; Healthy Minds, LLC; Debby Thompson; and John and Jane Roes #1-10,<br>    Defendants.<br>_____ | C/A No.: 3:06-3663-JFA<br><br><br><br><br><br>**ORDER** |
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10,<br>    Plaintiffs,<br>vs.<br><br>South Carolina Department of Social Services; Directors Elizabeth G. Patterson, Kim S. Aydlette; Managerial Roes #1-10; Supervisory Roes #1-10; Caseworker Roes #1-10; Foster Parent Roes #1-10.<br>    Defendants.<br>_____ | C/A No.: 3:07-1629-JFA |

This matter comes before the court on the motion by defendant Kameron Seth Cox to dismiss [dkt # 74 in 07-1629 and # 157 in 06-3663]. Defendant Cox is the only remaining defendant in this matter, the court having granted summary judgment for the other defendants by its order dated September 26, 2008. Defendant Cox represents that any judgment against

him would be unenforceable because of the Covenant not to Execute he and plaintiffs signed on January 7, 2008 and January 15, 2008.

No memorandum having been filed in opposition to defendant Cox's motion to dismiss within the time provided under the federal and local rules, the court grants the motion to dismiss.

Counsel for defendant Cox is directed to file an affidavit of attorneys fees for her work in this case so that reimbursement may be calculated for her appointment.

IT IS SO ORDERED.

October 27, 2008                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge