AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10,

     *Plaintiffs,*
vs.

South Carolina Department of Social Services (SCDSS); Kameron Seth Cox; Titsa M. Flesch; Healthy Minds, LLC; Debby Thompson; and John and Jane Roes #1-10,

     *Defendants.*

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:06-3663-JFA

---

Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10,

     *Plaintiffs,*
vs.

South Carolina Department of Social Services; Directors Elizabeth G. Patterson, Kim S. Aydlette; Managerial Roes #1-10; Supervisory Roes #1-10; Caseworker Roes #1-10; Foster Parent Roes #1-10.

     *Defendants.*

Case Number: 3:07-1629-JFA

**[X]**   **Decision on the Record.** This action came before the court on the record, Honorable Joseph F. Anderson, Jr., United States District Judge, presiding. The issues have been reviewed and a decision rendered in favor of the defendants on their motions,

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered for defendants South Carolina Department of Social Services, Debby Thompson, Elizabeth G. Patterson and Kim S. Aydlette on all claims. The plaintiffs shall take nothing of defendants South Carolina Department of Social Services, Debby Thompson, Elizabeth G. Patterson and Kim S. Aydlette and the action is dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** the plaintiffs shall take nothing of defendant Kameron Seth Cox and the action is dismissed with prejudice.

LARRY W. PROPES, Clerk

By  s/Brian D. Shropshire
_____
Deputy Clerk

October 27, 2008
Columbia, South Carolina