UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10, <br>     Plaintiffs, <br> vs. <br><br> South Carolina Department of Social Services (SCDSS); Kameron Seth Cox; Titsa M. Flesch; Healthy Minds, LLC; Debby Thompson; and John and Jane Roes #1-10, <br>     Defendants. | C/A No.: 3:06-3663-JFA <br><br> **ORDER** |
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10, <br>     Plaintiffs, <br> vs. <br><br> South Carolina Department of Social Services; Directors Elizabeth G. Patterson, Kim S. Aydlette; Managerial Roes #1-10; Supervisory Roes #1-10; Caseworker Roes #1-10; Foster Parent Roes #1-10. <br>     Defendants. | C/A No.: 3:07-1629-JFA |

    This matter comes before the court by way of remand from the United States Court of Appeals for the Fourth Circuit. Because the Fourth Circuit affirmed this court's grant of summary judgment as to all of the Plaintiffs' claims asserted under § 1983, the only remaining claims in these matters are state law claims. As such, the claims over which the

court had original jurisdiction have been dismissed, and the court has determined that the state courts are better suited to address the remaining state law claims. Accordingly, it declines to exercise supplemental jurisdiction in these cases. 28 U.S.C. § 1367 (c)(3).

Therefore, it is hereby ordered that civil action number 3:06-3663 is dismissed without prejudice and civil action number 3:07-1629 is remanded to state court.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

October 12, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge